## Case No. 15,697.

### UNITED STATES v. McLAUGHLIN.

[1 Cranch, C. C. 444.] [1]

Circuit Court, District of Columbia. Nov. Term, 1807.

CRIMINAL PROCEDURE—PEREMPTORY CHALLENGE—MANSLAUGHTER—JUDGMENT.

1. In manslaughter, a peremptory challenge is allowed under the Virginia law.

2. Upon an indictment at common law for manslaughter, the court will give judgment of fine and imprisonment under the act of congress of April 30, 1790, § 7 [1 Stat. 113].

Indictment against the defendant [Elizabeth McLaughlin] at common law for manslaughter, in killing her daughter. The prisoner was allowed a peremptory challenge, on the authority of the case of U. S. v. Browning [Case No. 14,673].

Verdict, guilty. The sentence was imprisonment for twelve calendar months from, and including the third day of November last (the day of her commitment,) and one dollar fine. This sentence was imposed under the act of congress of 30th of April (1 Stat. 113).

---

[1] [Reported by Hon. William Cranch, Chief Judge.]